# UNITED STATES DISTRICT COURT

**Eastern**　　　　District of　　　　**California**

KHON KHANN,
Plaintiff

V.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY
Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:11-at-00098

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X　GRANTED.

　　X　The clerk is directed to file the complaint.

　　X　IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐　DENIED, for the following reasons:

ENTER this　23rd　day of　February, 2011.

/s/ Sheila K. Oberto
Signature of Judicial Officer

Sheila K. Oberto, U.S. Magistrate Judge
Name and Title of Judicial Officer