IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHON KHANN,            )<br>                             )<br>         Plaintiff,       )<br>                             )<br>   vs.                      )<br>                             )<br>MICHAEL J. ASTRUE, Commissioner of  )<br>Social Security,            )<br>                             )<br>         Defendant.     )<br>_____) | 1:11cv0314 DLB<br><br>ORDER DISMISSING ACTION<br>WITH PREJUDICE |

    Pursuant to the parties' stipulation to dismiss filed on August 9, 2011, this action is DISMISSED WITH PREJUDICE. Each party shall bear its own fees, costs and expenses.

    IT IS SO ORDERED.

    Dated: **August 10, 2011**           **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE